# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700267

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## MICHAEL A. KUHNS
Culinary Specialist Second Class (SW) (E-5), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander William Weiland, JAGC, USN.
Convening Authority: Commandant, Naval District Washington, Washington Navy Yard, DC.
Staff Judge Advocate's Recommendation: Commander J.A. Link, JAGC, USN.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 29 December 2017

———————————————

Before HUTCHISON, SAYEGH, and KOVAC, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The Supplemental Court-Martial Order will reflect that Charge II was a violation of Article 134, UCMJ.


For the Court



R.H. TROIDL
Clerk of Court